**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                        Case No. 4:07cr4-SPM

**ONEIL KELVIN ROBINSON,**
       **Defendant.**

_____/

**ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EVALUATION**

At the rearraignment today for taking a guilty plea, I became concerned about Defendant's ability to understand the proceedings. On my own motion, with the concurrence of the parties, I determined that Defendant should be evaluated locally. The examination should evaluate Defendant's mental competency to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and, at the same time, to determine whether he was insane at the time of the offense charged.

Page 2 of 3

Accordingly, it is **ORDERED** that:

1. Pursuant to 18 U.S.C. § 4247(b), the Bureau of Prisons shall arrange for a local psychiatric or psychological examination of Defendant. The examination may be conducted by either a psychiatrist or a psychologist.

2. Such examination shall determine, pursuant to 18 U.S.C. §§ 4241, 4242, 4247(b) and (c), whether at this time there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and whether the defendant was insane at the time of the offense charged. This examination shall be conducted as soon as practicable.

3. The examining expert shall render as soon as practicable a written report with respect to the matters set forth above. This report shall be filed with this court and copies shall be served upon the attorneys for defendant and for the government. The report shall include:

    a. The defendant's history and present symptoms;

    b. A description of the psychiatric, psychological and medical tests that were employed and their results.

    c. The examiner's findings; and

    d. The examiner's opinions as to diagnosis, prognosis, and whether the defendant was insane at the time of the offense charged and whether he suffers from a

...

mental disease or defect to the extent that he is unable to understand the nature and consequences of the proceeding against him or to assist properly in his defense.

    4.  The Clerk of the court is directed to furnish a copy of this order to the United States Marshal and to the United States Probation Office.

    **DONE AND ORDERED** on February 22, 2007.

        s/    William C. Sherrill, Jr.
        **WILLIAM C. SHERRILL, JR.**
        **UNITED STATES MAGISTRATE JUDGE**