IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                            CASE NO.: 4:07cr4-SPM

ONEIL KELVIN ROBINSON,

     Defendant.
_____/

### ORDER OF COMPETENCY AND REFERRAL

THIS CAUSE came before the Court for review of the forensic report of Defendant's psychological evaluation (doc. 19) conducted pursuant to 18 U.S.C. § 4247. In the report, the psychologist provides a detailed summary of her evaluation of Defendant and concludes that Defendant is competent to stand trial. Having reviewed the report, the Court agrees with this conclusion and makes a finding, without further hearing[1], that Defendant is competent. All reasonable doubts have been dispelled as to Defendant's ability to understand the nature and consequences of the proceedings against him and to assist

---

[1] See Cheely v. United States, 367 F.2d 547, 548-49 (5th Cir. 1966) (hearing on issue of defendant's mental competence not required when report indicates that the defendant is competent); United States v. Jones, 23 F.3d 1307, 1309 (8th Cir. 1994) (same). If either party, however, still has reason to question Defendant's competency to stand trial, the party may file a motion requesting a competency hearing, at which time the Court will reconsider the matter.

properly in his defense.

      Defendant's competency having been determined, this matter is referred to the Honorable William C. Sherrill, Jr., United States Magistrate Judge, to conduct all of the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to a guilty plea and to make a recommendation concerning acceptance or rejection of the guilty plea.

      SO ORDERED this 11th day of April, 2007.

                                                                    *s/ Stephan P. Mickle*

                                                                    Stephan P. Mickle
                                                                    United States District Judge