IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO.: 4:07cr4-SPM

ONEIL KELVIN ROBINSON,

      Defendant.

_____/

## ACCEPTANCE OF GUILTY PLEA

Pursuant to the Report and Recommendation of the United States

Magistrate Judge, to which there have been no timely objections, and subject to

the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P.

11(e)(2), the plea of guilty of the defendant, ONEIL KELVIN ROBINSON, to

Counts One and Two of  the indictment is hereby ACCEPTED.  All parties shall

appear before this Court for sentencing as directed.

DONE AND ORDERED this 16th day of April, 2007.


_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge