IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                            CASE NO.: 4:07cr4-SPM

ONEIL KELVIN ROBINSON,

     Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, Defendant's First Motion to Continue Sentencing (doc. 30) is granted. Sentencing is reset for 1:30 p.m. on August 13, 2007, at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this 27th day of June, 2007.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge