IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 4:07cr4-SPM

ONEIL KELVIN ROBINSON,

     Defendant.
_____/

## ORDER CONTINUING SENTENCING

     Upon consideration, Defendant's Second Motion to Continue Sentencing (doc. 33) is granted. Sentencing is reset for the next Tallahassee sentencing docket, which is 1:30 p.m. on October 15, 2007, at the United States Courthouse in Tallahassee, Florida.

     SO ORDERED this 1st day of August, 2007.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  United States District Judge